**FILED**

09/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0238

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-20-0238

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, d/b/a Attorneys Liability Protection Society, A Risk Retention Group,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>KELLER, REYNOLDS, DRAKE, JOHNSON & GILLESPIE, P.C., RICHARD GILLESPIE, BRYAN SANDROCK, GG&ME, LLC, a Montana Limited Liability Company, and DRAES, INC., a Montana Close Corporation, CHARLES JOSEPH SEIFERT and THOMAS Q. JOHNSON,<br><br>Defendants/Appellants. | **proposed ORDER GRANTING UNOPPOSED MOTION TO PARTICIPATE AS *AMICUS CURIAE*** |

Pursuant to the unopposed motion by American Property Casualty Insurance Association ("APCIA") for leave to participate as *amicus curiae* in this matter, and good cause appearing,

IT IS HEREBY ORDERED that APCIA's Unopposed Motion to Participate as *Amicus Curiae* is GRANTED. APCIA shall file its *amicus* brief no later than October 19, 2020, and shall conform to all schedules adopted by this Court.

3042104

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 18 2020